**MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
Jarrod Y. Nakano (State Bar No. 235548)
Email: jarrod@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Fax: (949) 336-7612

Attorneys for Plaintiff
DAVID LOPEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOPEZ, an Individual, | Case No.: 5:20-cv-00047-JGB-SHK |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE.** |
| WESTERN INN, UPLAND CO., a California corporation; and DOES 1-10, | |
| Defendants. | |

- 1 -

1    IT IS HEREBY STIPULATED, by and between the parties to this action,

2    that Defendant WESTERN INN, UPLAND CO. ("Defendant") and Plaintiff

3    DAVID LOPEZ ("Plaintiff") through their respective attorneys of record, McFarlin

4    LLP on behalf of Plaintiff and Anderson LeBlanc APLC on behalf of Defendant,

5    that Plaintiff's claims filed in the above referenced proceeding have settled, with

6    the parties to bear their own respective fees and costs, and that Plaintiff's

7    Complaint can be and shall be dismissed with prejudice in its entirety pursuant to

8    Federal Rule of Civil Procedure 41(a)(1).

9

10   IT IS SO STIPULATED.

11

12   DATED: August 17, 2020                    **MCFARLIN LLP**

13

14                                      By:   /s/ Jarrod Y. Nakano

15                                            _____

16                                            Jarrod Y. Nakano
                                              Attorneys for Plaintiff
17                                            DAVID LOPEZ

18   DATED: August 17, 2020                    **ANDERSON LEBLANC APLC**

19

20

21                                      By:   /s/ Jeff LeBlanc

22                                            _____

23                                            Jeff LeBlanc
                                              Attorneys for Defendant
                                              WESTERN INN, UPLAND CO.
24

25

26

27

28

- 2 -